# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 141 CHURCH STREET
### NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

2005 JUN 21  P 3: 02

U.S.

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

June 15, 2005

U.S. ATTORNEY'S OFFICE
157 CHURCH ST.
NEW HAVEN, CT

ATTN: STEPHEN REYNOLDS

Re: Case Name: USA v CHEN, ET AL
Number: 3:02cr5 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

ALL USA EXHIBITS

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
BETTY J. TORDAY
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 6/20/2005