**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr 5 (JBA)** |
| **STEVEN CHEN** | : |

### ORDER

As agreed with counsel on August 25, 2006, the government's and defendant Chen's briefing on the <u>Crosby</u> remand ordered by the Second Circuit (#117) will be filed by September 25, 2006, and any responsive briefing will be filed by October 9, 2006.

IT IS SO ORDERED.

\_\_\_\_\_/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 25, 2006