UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 3:02CR5(JBA) |
| | : | |
| v. | : | |
| | : | |
| STEVEN CHEN | : | |
|   a/k/a "Jin Jian Chen" | : | |
|   a/k/a "Xiao Chen" | : | |
| GONG CHAI SUN | : | |
|   a/k/a "Xiao Sun" | : | |
|   a/k/a "Brother in Law" | : |       AUGUST 28, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record: please enter the appearance of the undersigned Assistant United States Attorney, Stephen B. Reynolds, as counsel for the United States of America in this case, in lieu of the appearance of Assistant United States Attorney Michael R. Sklaire.

                                                  Respectfully submitted,

                                                  KEVIN J. O'CONNOR
                                                  UNITED STATES ATTORNEY

                                                  STEPHEN B. REYNOLDS
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  FEDERAL BAR NO. CT19105
                                                  UNITED STATES ATTORNEY'S OFFICE
                                                  915 LAFAYETTE BOULEVARD
                                                  BRIDGEPORT, CT 06604
                                                  (203) 696-3000
                                                  (203) 579-5575 (FAX)
                                                  Stephen.Reynolds@usdoj.gov

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was forwarded this 28th day of August 2006 to:

| | |
|---|---|
| Jeremiah Donovan, Esq. | Michael S. Hillis, Esq. |
| 123 Elm Street, Unit 400 | Dombroski, Knapsack & Hillis LLC |
| Post Office Box 554 | 129 Whitney Avenue |
| Old Saybrook, Connecticut 06475 | New Haven, Connecticut 06510 |

 

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY