UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 3:02CR5(JBA) |
| | : | |
| v. | : | |
| | : | |
| STEVEN CHEN | : | |
|     a/k/a "Jin Jian Chen" | : | |
|     a/k/a "Xiao Chen" | : | |
| GONG CHAI SUN | : | |
|     a/k/a "Xiao Sun" | : | |
|     a/k/a "Brother in Law" | : | SEPTEMBER 25, 2006 |

**JOINT MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE BRIEFS RE: WHETHER THE COURT SHOULD HOLD A CROSBY RE-SENTENCING FOR DEFENDANT STEVEN CHEN**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut and Local Rule 1(c) of the Local Rules of Criminal Procedure, counsel for the government and counsel for the defendant Steven Chen jointly request an extension of time of one week – until Monday, October 2, 2006 – to file their briefs on the question whether the Court would have imposed a non-trivially different sentence for defendant Steven Chen if the Sentencing Guidelines had been advisory; and otherwise in aid of proceedings on remand from the United States Court of Appeals for the Second Circuit.

The government is represented in this matter by Assistant United States Attorney Stephen Reynolds, who returned to the office today, September 25, 2006, having been out of the office on paternity leave from September 6 - 24, 2006. In light of the intervening birth, undersigned counsel has not had an adequate opportunity to prepare the government's brief in response to the Court's Order dated August 25, 2006.

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut and Local Rule 1(c) of the Local Rules of Criminal Procedure, government counsel

contacted counsel for the defendant Steven Chen to ascertain his position on the government's anticipated request for a one week extension. Counsel for Steven Chen indicated that he had no objection to the extension, but asked that undersigned counsel file the motion as a joint motion, so that both parties may have a one week extension of time.

Accordingly, counsel for the government and counsel for Steven Chen respectfully and jointly request a one week extension of time in which to file their briefs as to whether the Court should hold a Crosby re-sentencing. This is the first request for an extension of time within which to complete the briefs.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)
Stephen.Reynolds@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was forwarded by mail this 25th day of September 2006 to:

| | |
|---|---|
| Jeremiah Donovan, Esq. | Michael S. Hillis, Esq. |
| Post Office Box 554 | Dombroski, Knapsack & Hillis |
| Old Saybrook, Connecticut 06475 | 129 Church Street, Suite 816 |
| | New Haven, CT 06510 |

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY