UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:02cr5 (JBA) |
| CHEN, ET AL | : |

### ENDORSEMENT ORDER

Parties' Joint Motion for One Week Extension of time to File Briefs [121] is GRANTED. Briefs will be filed by 10/2/06; any responsive briefing will be filed by 10/16/06.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: October 6, 2006**